IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| THEODORE J. SWAN, | : | |
| Plaintiff | : | Civil Action 2:09-cv-618 |
| v. | : | Judge Frost |
| HON. JULIE LYNCH, *et al.* | : | Magistrate Judge Abel |
| Defendants. | : | |

**ORDER**

On July 20, 2009, the Magistrate Judge performed an initial screening report and recommendation (Doc. 2) pursuant to 28 U.S.C. §1915(e)(2), to identify cognizable claims, and to recommend dismissal of the complaint, or any portion of it, which is frivolous, malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief. The Magistrate Judge found that the claims which Plaintiff seeks to bring are *res judicata*, that his claims would amount to a review of a state court decision barred by the *Rooker-Feldman* doctrine, and that suit against one of the defendants, the Honorable Julie Lynch, is barred by judicial immunity. He therefore recommended that this case be dismissed.

Plaintiff did not file any objections to the Report and Recommendation. Given Plaintiff's lack of objection, and on *de novo* review as required by 28 U.S.C. §636(b), I find the report and recommendation well taken. Accordingly, it (Doc. 2) is

1

**ADOPTED**. This action is hereby **DISMISSED**.

/s/ Gregory L. Frost
United States District Judge